

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/18/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND,
ANNUITY FUND, APPRENTICESHIP,
JOURNEYMAN RETRAINING, EDUCATION
AND INDUSTRY FUND, et al.,

        Plaintiffs,

  -against-

THE OUTFIT M&J LLC, et al.,

        Defendants.

19-CV-10515 (LTS) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court will conduct a telephonic status conference on **September 28, 2020 at 10:00 a.m.** At that time, the parties shall call **(888) 557-8511** and enter the access code **7746387**. In advance of the conference, and no later than **September 21, 2020**, the parties shall file a joint status letter, updating the Court on the progress of discovery and settlement discussions.

Dated: New York, New York
       August 18, 2020

                                  **SO ORDERED**.

                                  **BARBARA MOSES**
                                  **United States Magistrate Judge**