

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND,
ANNUITY FUND, APPRENTICESHIP,
JOURNEYMAN RETRAINING, EDUCATION
AND INDUSTRY FUND, et al.,

      Plaintiffs,

  -against-

THE OUTFIT M&J LLC, et al.,

      Defendants.

19-CV-10515 (LTS) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons stated on the record during the September 28, 2020 status conference, the deadline to complete fact discovery is hereby EXTENDED to **November 30, 2020**.

Dated: New York, New York
       September 28, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**