UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND,
ANNUITY FUND, APPRENTICESHIP,
JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY FUND
et al.,

                        Plaintiffs,

      -against-

THE OUTFIT M&J LLC et al.,

                        Defendants.
-------------------------------------------------------x

No. 19 CV 10515-LTS-BCM

<u>AMENDED ORDER OF
DISMISSAL</u>

        The Court has been advised that this action has been or will be settled. Accordingly, it is hereby ORDERED that this action is dismissed with prejudice, except as may be provided in a subsequently-filed Stipulation of Dismissal that is entered by the Court, and without costs to either party. This dismissal is without prejudice to restoration of the action to the calendar of the undersigned if settlement is not achieved within thirty (30) days of the date of this Order. If a party wishes to reopen this matter or extend the time within which it may be settled, the party must make a letter application before this thirty (30)-day period expires.

        The parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they shall submit the settlement agreement to

the Court to be so ordered.

      SO ORDERED.

Dated: New York, New York
         January 6, 2021

                                          /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                          United States District Judge